District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XIANZI HU, | No. 2:23-cv-1452-BJR |
| Plaintiff, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |
| v. | |
| UR M. JADDOU, *et al.*, | |
| Defendants. | |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 120 days from Plaintiff's scheduled interview. Plaintiff brings this litigation pursuant to the Mandamus Act seeking to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Asylum and for Withholding of Removal. For good cause, the parties request that the Court hold this case in abeyance until April 5, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION   - 1
(23-cv-1452-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for December 7, 2023. The San Francisco Asylum Office will diligently work towards adjudication of her application within 120 days of the interview date, absent unforeseen or exceptional circumstances that would require additional time for adjudication. To prevent the interview from being rescheduled, Plaintiff agrees to submit all supplemental documents and evidence to USCIS at least 7 days prior to the scheduled interview. Once USCIS adjudicates the application, Plaintiff will voluntarily dismiss this case with the parties to bear their own litigation costs and attorneys' fees.

Accordingly, the parties request that this case be stayed until April 5, 2024. The parties will submit a joint status report on or before April 5, 2024. In addition, the parties request that the Court's Order setting initial scheduling dates be vacated. Dkt. No. 7.

Dated: November 3, 2023                                        Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 310 words in compliance with the LCR.***

*s/Aimei Xi*
AIMEI XI, WSBA#48639
Bright Law Firm PLLC
14205 SE 36th Street, Suite 100
Bellevue, Washington 98006
Phone: 425-209-0126
Email: aimei@usbrightlawfirm.com
*Attorney for Plaintiff*

STIPULATED MOTION - 2
(23-cv-1452-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until April 5, 2024.  The parties shall submit a joint status report on or before April 5, 2024.  The Court's Order setting initial scheduling dates (Dkt. No. 7) is vacated.  It is so **ORDERED**.

Dated this 13th day of November, 2023.

*Barbara J. Rothstein*
_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION   - 3
(23-cv-1452-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970