District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XIANZI HU, | No. 3:23-cv-1452-BJR |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| UR M. JADDOU, *et al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate and move to dismiss this case without prejudice. Plaintiff brought this litigation pursuant to the Mandamus Act seeking to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. USCIS has since adjudicated the application. Accordingly, the above-captioned action having been resolved, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to dismissal without prejudice, with each party to bear their own fees or costs.

//

//

| | | |
|---|---|---|
| 1 | Dated: January 10, 2024 | Respectfully submitted, |
| 2 | | TESSA M. GORMAN |
| | | Acting United States Attorney |
| 3 | | |
| 4 | | *s/Michelle R. Lambert* |
| | | MICHELLE R. LAMBERT, NYS #4666657 |
| | | Assistant United States Attorney |
| 5 | | 1201 Pacific Avenue, Suite 700 |
| | | Tacoma, Washington 98402 |
| 6 | | Phone:  253-428-3824 |
| | | Email:  michelle.lambert@usdoj.gov |
| 7 | | *Attorneys for Defendants* |

**I certify that this memorandum contains 92 words, in compliance with the Local Civil Rules.**

*s/Aimei Xi*
AIMEI XI, WSBA#48639
Bright Law Firm PLLC
14205 SE 36th Street, Suite 100
Bellevue, Washington 98006
Phone: 425-209-0126
Email: aimei@usbrightlawfirm.com
*Attorneys for Plaintiff*

---

STIPULATED MOTION TO DISMISS AND ORDER
23-cv-2452-BJR

- 2 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, the case is dismissed without prejudice with the parties to bear their own costs and attorneys' fees. It is so **ORDERED**.

DATED this 16th day of January, 2024.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO DISMISS AND ORDER   - 3
23-cv-2452-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970